# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,802,604**  
**Registered Jul. 09, 2019**  
**Int. Cl.: 37**  
**Service Mark**  
**Supplemental Register**

CELL FIX, INC. (FLORIDA CORPORATION)
8601 N Florida Ave
Tampa, FLORIDA 33604

CLASS 37: Repair of computer hardware; Installation, maintenance and repair of cell phone related hardware

FIRST USE 2-28-2012; IN COMMERCE 2-28-2012

The color(s) black, green and white is/are claimed as a feature of the mark.

The mark consists of the word "CellFix" in stylized font, with "Cell" in black and "fix" in green with a green underline coming out of the letter "x" and going under the whole "CellFix" word, all against a white background.

SER. NO. 88-017,815, FILED P.R. 06-27-2018; AM. S.R. 04-18-2019

Director of the United States
Patent and Trademark Office