# T19000001325

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



600336446616

11/07/19--01006--036  **175.00

FILED
2019 DEC -4  PM 3:00
TALLAHASSEE, FLORIDA

K. SALY
DEC 5, 2019

# COVER LETTER

**TO:** Registration Section
Division of Corporations

**SUBJECT:** CELLFIX
_____
(Mark to be registered)

The enclosed Trademark/Service Mark Application, specimens and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

MAJDI BAKER
_____
(Name of Person)

CELL FIX INC
_____
(Firm/Company)

8601 N FL AVE
_____
(Address)

TAMPA FL 33604
_____
(City/State and Zip Code)

For further information concerning this matter, please call:

MAJDI BAKER _____ at ( __863__ ) __287-4203__
(Name of Person)                  (Area Code & Daytime Telephone Number)

**MAILING ADDRESS:**
Registration Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**STREET/COURIER ADDRESS:**
Registration Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

(**NOTE:** The information contained in this cover letter will be included in the permanent record and will be available to the general public.)

# APPLICATION FOR THE REGISTRATION OF A TRADEMARK OR SERVICE MARK
PURSUANT TO CHAPTER 495, FLORIDA STATUTES

**TO:** Division of Corporations
Post Office Box 6327
Tallahassee, FL 32314


FILED
2013 DEC -4 PM 5:0_
TALLAHASSEE, FLORIDA

## PART I

1. OWNER/APPLICANT: Enter the name and address of the individual or the business entity to be listed as the owner of the Trademark and/or Service Mark on the records of the Florida Department of State.

   (a) Owner's/Applicant's name: CELL FIX, INC.

   (b) Owner's/Applicant's business address: 8601 N FLORIDA AVE
   TAMPA FL 33604
   City/State/Zip

   If different, Owner's/Applicant's mailing address: _____
   City/State/Zip

   (c) Owner's/Applicant's telephone number: (863) 287-4203

   Check the appropriate box to indicate the Owner/Applicant is a(n):
   ☐ Individual   ☒ Corporation   ☐ Joint Venture   ☐ Limited Liability Company
   ☐ General Partnership   ☐ Limited Partnership   ☐ Union   ☐ Other:_____

If the Owner/Applicant is a business entity, the business entity must have an active filing or registration on file with the Florida Department of State. If the Owner/Applicant is *not* an individual, enter the business entity's Florida registration/document number in #1, the state or country under the laws of which the business entity is currently formed, organized or incorporated under in #2, and the entity's federal employer identification number (EIN) in #3.

   (1) Florida registration/document number: P12000019774

   (2) Domicile State or Country: FL

   (3) Federal Employer Identification Number: 90-0851223

2. (a) SERVICE MARK: If the owner/applicant is using the name, logo, design and/or slogan being registered in connection with a type of service, the mark is a service mark. If the mark is a service mark, the applicant/owner must list the specific service(s) the mark is being used in connection with. For example: furniture moving services, diaper services, house painting services, wholesale and retail sales of tractor equipment, etc. If the owner/applicant is using the mark to identify services available in the market place, enter the specific service(s) being rendered here:

(Note: List only those services currently being rendered by the owner/applicant. Do not include future services.)

BUY, SELL, TRADE, REPAIR AND UNLOCK CELL PHONES.

Page 1 of 4

2. (b) TRADEMARK: If the owner/applicant is using the name, logo, design and/or slogan being registered in connection with an actual product manufactured by the owner/applicant or on the owner/applicant's behalf, the mark is a trademark. If the mark is a trademark, the applicant/owner must list the specific product(s) the name, logo, design and/or slogan is being used to identify. For example: ladies sportswear, cat food, barbecue grills, shoe laces, etc. If the owner/applicant is using the name, logo, design and/or slogan to identify goods available in the market place, enter the specific product(s) the name, logo, design and/or slogan is being used to identify:

(Note: List only those product(s) currently available. Do not include future products.)

_____

_____

_____

2. (c) HOW IS THE NAME, LOGO, DESIGN AND/OR SLOGAN CURRENTLY USED:

SERVICE MARKS: If the name, logo, design and/or slogan are/is being used in connection with a type of service, you must specify the form(s)/mean(s) of advertisement the applicant/owner is using to advertise the services to the general public. For example: newspaper advertisements, business cards, brochures, flyers, pamphlets, menus, etc. If the mark is being used in connection with a type of service, state how the name, logo, design and/or slogan are/is being used in advertising here:

NEWSPAPER, ADVERTISMENTS, BUSSINES CARDS, BROCHURES, FLYERS AND SIGNS

_____

_____

TRADEMARKS: If the name, logo, design and/or slogan are/is being used to identify a product manufactured by or fore the applicant/owner, you must specify how the mark is applied or affixed to the actual product or its packaging. For example: a tag, label, imprinted or engraved on the actual product, etc. If the mark is being used in connection with a specific product, state how the name, logo, design and/or slogan is applied or affixed to the actual product(s) or the packaging:

_____

_____

_____

2. (d) FEE(S) AND CLASS(ES): There are a total of 45 classes or categories in which all products or services must be categorized. The fee to register a mark is $87.50 per class. Make check payable to Florida Department of State.

List the class(es) which apply to the product(s) and/or service(s) listed in 2(a) and/or 2(b) above:

CLASS 37+35

Page 2 of 4

19

## PART II

1. You must state the date the name, logo, design and/or slogan was first used in the state of Florida, and, if it was used in another state or country, the date you first used the name, logo, design and/or slogan in the other state or country. Enter the month, day, and year the name, logo, design and/or slogan was first used by the applicant/owner, the predecessor, or a related company in Florida. If the name, logo, design and/or slogan has been used in another state or country, then you must also enter the month, day, and year the name, logo, design and/or slogan was/were used in another state or country, when applicable.

**Note: The Florida Statutes require a mark to be in use prior to registration.**

(a) Date first used in other state or country, if applicable: 02/27/2012

(b) Date first used in Florida: 02/27/2012

## PART III

### ENTER NAME, LOGO, DESIGN AND/OR SLOGAN BEING REGISTERED:

1. Enter the name, a brief description of the logo or design, and/or the slogan you are registering. The description of the logo and/or design must be 25 words or less. List the exact name, slogan, and/or description of the logo/design here: (NOTE: The name, logo, design and/or slogan listed in this section must match the exact name, logo, design and/or slogan listed on your specimens or examples.)

CELLFIX

GADGETS AND CELLPHONE REPAIR SERVICE

Provide the English translation of any and all terms listed #1 above, when applicable:

2. DISCLAIMER STATEMENT (if applicable):
Your mark may include a word or design that is commonly used by others. Commonly used terms or designs must be disclaimed. When you disclaim a specific term or design, you are acknowledging this term is commonly used by others and that you do not claim the exclusive right to use the disclaimed term or design. All geographical terms and representations of cities, states or countries must be disclaimed (i.e., Miami, Orlando, Florida, the design of the state of Florida, the design of the United States of America, etc.). Corporate suffixes and terms readily associated with the specific product(s) and/or(s) service being provided must also be disclaimed.

Enter all terms listed in #1 above which require a disclaimer in the space provided below:

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE TERM(S)"
GADGETS AND CELLPHONE REPAIR SERVICE    " APART FROM THE MARK AS SHOWN.

3. ATTACH OR INCLUDE THREE SPECIMENS OR EXAMPLES OF THE TRADEMARK OR SERVICE MARK BEING REGISTERED

Chapter 495, F.S., requires you to submit three specimens (samples or examples) of the mark in use. You must submit three specimens FOR EACH CLASS listed in Part I #2(d). The name, logo, design and/or slogan on the specimens must be identical to the name, logo, design and/or slogan being registered. You may provide three identical specimens or three different specimens. For each service mark class (classes 35-45), you may provide three newspaper advertisements, business cards, brochures, flyers, or any combination thereof. For each trademark class (classes 1-34), you may provide three tags, labels, boxes, etc. or any combination thereof. Photographs of bulky specimens are acceptable if the mark being registered and the good(s) or product(s) are clearly legible.

SIGNATURE OF APPLICANT/OWNER AND NOTARIZATION:

I, __MAJDI BAKER_____, being sworn, depose and say that I am the owner and the applicant herein, or that I am authorized to sign on behalf of the owner and applicant herein, and to the best of my knowledge no other person except a related company has registered this mark in this state or has the right to use such mark in Florida either in the identical form thereof or in such near resemblance as to be likely, when applied to the goods or services of such other person to cause confusion, to cause mistake or to deceive. I make this affidavit and verification on my/the applicant's behalf. I further acknowledge that I have read the application and know the contents thereof and that the facts stated herein are true and correct.

MAJDI BAKER
Typed or printed name of applicant

_____
Applicant's signature
(List name and title)

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

On this __31__ day of __October__, 2019, __MAJDI ABU BAKER__ personally appeared before me,

☐ who is personally known to me   ☑ whose identity I proved on the basis of __FL DL__

O 260-541-84-405-0

(Seal)   Donald I.G. Lea
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG059625
Expires 3/25/2021

Notary Public Signature

DONALD LEA
Notary's Printed Name

My Commission Expires: 3/25/21

**FILING FEE: $87.50 per class**

Page 4 of 4

21








DROPPED YOUR PHONE?
NO PROBLEM!

WE CAN FIX IT

BRINGING PHONES BACK TO LIFE
Www.CellFixInc.Com
CellFix



# WHAT DO YOU NEED

12/5/2019          Cell Fix Inc Coupons in Tampa | Electronics Stores | LocalSaver



Do you need your cell phone REPAIRED OR UNLOCKED? Cell fix promises to offer the cheapest and fastest turn around. Customer satisfaction is our #1 priority. We buy-sell-trade-repair-unlock many different types of phones such as iPhones, Samsung, Nokia, Htc, Blackberry and so much more. Our service is cheap, fast and reliable we will get your phone up and running as soon as possible. If you can find a cheaper price anywhere else we can beat it! *Call 813-280-9883 or text us now @ 813-900-4000 or visit our web site for a full list of phone we can repair and unlock. Get your phone repaired or unlocked today with cell fix!*

- We Unlock All AT&T iPhones
- We Repair All iPhones including 5S/5C
- We Buy / Sell / Trade / Repair / Unlock
- We Now Fix the Glass Only on Megas and Note 3
- We Are the #1 Cellphone Repair in the U.S.

